# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 14, 2025

Ms. Alexandra Zoe Brodsky
Public Justice
1620 L. Street, N.W.
Suite 630
Washington, DC 20036

Mr. Ned B. Pillersdorf
Law Offices
124 W. Court Street
Prestonsburg, KY 41653

> Re: Case No. 25-5206, *TN, et al v. Linda McMahon, et al*
> Originating Case No. 2:24-cv-00072

Dear Counsel,

   Briefing in this case will be held in abeyance temporarily pending the court's jurisdictional review. When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

                                      Sincerely yours,

                                      s/Robin L Baker
                                      Case Manager
                                      Direct Dial No. 513-564-7014

cc: Mr. James A. Barta
    Mr. John J. Bursch
    Mr. Thomas Elliot Gaiser
    Mr. Kevin Michael Gallagher
    Ms. Whitney D. Hermandorfer
    Mr. Matthew Franklin Kuhn
    Mr. Steven A. Myers
    Mr. Michael Ray Williams