UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **25-5206**

Case Title: **Tennessee, et al.** vs. **Linda McMahon, et al.**

List all clients you represent in this appeal:

| State of Tennessee |
|---|

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

_____

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Whitney D. Hermandorfer**   Signature: s/ **Whitney Hermandorfer**

Firm Name: **Office of the Tennessee Attorney General & Reporter**

Business Address: **P.O. Box 20207**

City/State/Zip: **Nashville, TN 37202**

Telephone Number (Area Code): **615-741-3491**

Email Address: **whitney.hermandorfer@ag.tn.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17