## Appearance of Counsel

Appeal No.: **25-5205, 5206**

Case Title: **Tennessee, et al.** vs. **Linda McMahon, et al.**

List all clients you represent in this appeal:

**Linda McMahon, in her official capacity as the Secretary of Education; U.S. Department of Education**

☐ Appellant     ☐ Petitioner     ☐ Amicus Curiae     ☐ Criminal Justice Act
☑ Appellee      ☐ Respondent    ☐ Intervenor          (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Charles W. Scarborough**     Signature: s/ **Charles W. Scarborough**

Firm Name: **U.S. Department of Justice - Civil Appellate Staff**

Business Address: **950 Pennsylvania Ave NW**

City/State/Zip: **Washington, DC 20530**

Telephone Number (Area Code): **202-514-1927**

Email Address: **charles.scarborough@usdoj.gov**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.